Tony LEGATOS, Appellant, v. UNITED STATES of America, Appellee.

No. 11307.

Circuit Court of Appeals, Ninth Circuit.

May 12, 1947.

Anthony J. Kennedy and John L. Brannely, both of Sacramento, Cal., and Ernest J. Torregano, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., and Emmet J. Seawell, Asst. U. S. Atty., of Sacramento, Cal., for appellee.

Before MATHEWS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record, briefs filed by respective parties, and oral arguments, ordered judgment of the said District Court reversed, that a judgment be filed and entered accordingly, and that the mandate of this Court issued as provided in Rule 28.